IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

QUINCY HAMILTON,
ADC #550111                                                                                              PLAINTIFF

v.                                            4:09CV00795GTE/HLJ

PULASKI COUNTY
DETENTION FACILITY                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of November, 2009.

                                                                    /s/ Garnett Thomas Eisele
                                                                   United States District Judge